Chad R. Fuller, Bar No. 190830
chad.fuller@troutmansanders.com
Justin M. Brandt, Bar No. 278368
justin.brandt@troutmansanders.com
**TROUTMAN SANDERS LLP**
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858.509.6056
Facsimile: 858.509.6040

Attorneys for Defendant
Ocwen Mortgage Servicing, Inc.,
and Ocwen Loan Servicing, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mirella Covarrubias,<br><br>        Plaintiff,<br><br>   v.<br><br>Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC,<br><br>        Defendants. | Case No. 5:17-cv-00904-FMO-SP<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[FED. R. CIV. P. 12(b)(6)]<br><br>Judge: Hon. Fernando M. Olguin<br>Date: August 3, 2017<br>Time: 10:00AM<br>Dept: 6D |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants Ocwen Loan Servicing, LLC and Ocwen Mortgage Servicing, Inc. (collectively "Ocwen") hereby moves the Court to dismiss Plaintiff's Complaint, filed on May 10, 2017 (Docket No. 1), for failure to state a claim.

Ocwen moves this Court for an order dismissing Plaintiff's claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure as to counts I–V for alleged violation of the Telephone Consumer Protection Act (TCPA), negligence,

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130

DEFENDANTS' NOTICE OF MOTION
AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT
CASE NO. 5:17-CV-00904-FMO-SP

1 and negligence per se.

2     This motion is based on this Notice of Motion, the Memorandum of Points and Authorities in support of the Motion, the pleadings and papers on file herein, and such other matters as may be presented to the Court.

5     This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 27, 2017.

Dated: June 30, 2017                  **TROUTMAN SANDERS LLP**

By: */s/ Chad R. Fuller*
    Chad R. Fuller
    Justin M. Brandt

*Attorneys for Defendant*
Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130

2

DEFENDANTS' NOTICE OF MOTION AND MOTION
TO DISMISS PLAINTIFF'S COMPLAINT
CASE NO. 5:17-CV-00904-FMO-SP

## **CERTIFICATE OF CM/ECF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 30, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

*/s/ Chad R. Fuller*
Chad R. Fuller

TROUTMAN SANDERS LLP
11682 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130

DEFENDANTS' NOTICE OF MOTION AND MOTION
TO DISMISS PLAINTIFF'S COMPLAINT
CASE NO. 5:17-CV-00904-FMO-SP

31664605