JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRELLA COVARRUBIAS, | Case No. ED CV 17-0904 FMO (SPx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| OCWEN LOAN SERVICING, INC., et al., | |
| Defendants. | |

Having been advised that the parties have settled the above-captioned action, (Dkt. 89, Joint Motion to Stay Proceedings Pending Finalization of Settlement), IT IS ORDERED that the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **60 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 10th day of September, 2018.

/s/
Fernando M. Olguin
United States District Judge