# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MIRELLA COVARRUBIAS,

      Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

      Defendant.

Case No.: 5:17-cv-00904-FMO-SP

**ORDER GRANTING STIPULATION [91] TO DISMISS ACTION WITH PREJUDICE**

    IT IS HEREBY ORDERED, pursuant to the Stipulation of Plaintiff Mirella Covarrubias and Defendant Ocwen Loan Servicing, LLC (collectively "the Parties"), that:

1. The above-captioned action is hereby dismissed in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

2. The Parties are to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  October 23, 2018

                  /s/

              Hon. Fernando M. Olguin
              United States District Judge